GENERAL MOTORS CORP. *v.* APPEAL BOARD OF
THE MICHIGAN EMPLOYMENT SECURITY
COMMISSION ET AL.

No. 658.    Decided December 12, 1966.

*Aloysius F. Power* for appellant.

*Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *George M. Bourgon* and *Edward J. Setlock,* Assistant Attorneys General, for the Appeal Board of the Michigan Employment Security Commission et al.; *Abraham L. Zwerdling, Bruce A. Miller* and *Sheldon L. Klimist* for Stinson et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.